# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LOGAN, an individual, <br>     Plaintiff, <br><br> FIELDING GRADUATE UNIVERSITY, a California Domestic Non-profit Corporation, and DOES 1 through 50, inclusive, <br>     Defendants. | Case No. 2:19-cv-10580-DSF-MRW <br><br> **Hon. Dale S. Fischer** <br><br> **ORDER** |

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order Regarding Dismissal of this Action with Prejudice. This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 6, 2021

                         Honorable Dale S. Fischer
                         UNITED STATES DISTRICT JUDGE